**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                         **Case No.  6:10-cv-1873-Orl-19DAB**

**DAVID LEE MINER, individually and doing business as IRx Solutions and Blue Ridge Group,**

        **Defendant.**
_____

**RELATED CASE ORDER**
**AND TRACK ONE NOTICE**

     It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.  It is

     **FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case.  All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

December 14, 2010

| | |
|---|---|
|    ANNE C. CONWAY   <br>Anne C. Conway [22]<br>Chief United States District Judge |    JOHN ANTOON II   <br>John Antoon II [28]<br>United States District Judge |
|    GREGORY A. PRESNELL   <br>Gregory A. Presnell [31]<br>United States District Judge |    MARY S. SCRIVEN   <br>Mary S. Scriven [35]<br>United States District Judge |
|    GEORGE C. YOUNG   <br>George C. Young [06]<br>Senior United States District Judge |    G. KENDALL SHARP   <br>G. Kendall Sharp [18]<br>Senior United States District Judge |
|    PATRICIA C. FAWSETT   <br>Patricia C. Fawsett [19]<br>Senior United States District Judge | |
|    DAVID A. BAKER   <br>David A. Baker [DAB]<br>United States Magistrate Judge |    KARLA R. SPAULDING   <br>Karla R. Spaulding [KRS]<br>United States Magistrate Judge |
|    GREGORY J. KELLY   <br>Gregory J. Kelly [GJK]<br>United States Magistrate Judge | |

Attachment: Notice of Pendency of Other Actions [mandatory form]

Copies to: All Counsel of Record
All *Pro Se* Parties

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No.  6:10-cv-1873-Orl-19DAB**

**DAVID LEE MINER, individually and doing business as IRx Solutions and Blue Ridge Group,**

        **Defendant.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS　　related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____ IS NOT　　related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
　　[Address and Telephone]