UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CASE NO. 6:10-CV-1873-ORL-19DAB

DAVID LEE MINER, individually
agent of Irx Solutions and Blue Ridge
Group,

    Defendant.

_____

ORDER OF REASSIGNMENT

IT IS HEREBY ORDERED that the Clerk of Court is directed to **REASSIGN** this case to another District Judge for all further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this ___16th___ day of December, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record