# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **United States,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil No. 6:10-cv-1873-Orl-19DAB |
| | ) |
| **David Lee Miner, individually** | ) |
| **and dba IRx Solutions and Blue** | ) |
| **Ridge Group,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

  X   IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: December 29, 2010

                                        ROBERT E. O'NEILL
                                        United States Attorney

                                        s/Michael R. Pahl
                                        MICHAEL R. PAHL
                                        Trial Attorney, Tax Division
                                        Minn. Bar. No. 0234539
                                        U.S. Department of Justice
                                        Post Office Box 7238
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 514-6488