IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2011 JAN 18 PM 2: 26
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| United States, <br><br> Plaintiff, <br><br> vs. <br><br> David L. Miner, individually and dba IRx Solutions and Blue Ridge Group, <br><br> Defendant | Civil No.: 6:10-cv-1873-Orl-19DAB |

## MOTION TO STRIKE SCANDALOUS AND IMPERTINENT REFERENCE

DEFENDANT David L. Miner moves this Honorable Court to enter an Order striking the Plaintiff's complaint as scandalous and impertinent, stating in support therefor as follows: The 2nd, 6th, 13th, 14th, 16th, 19th, 21st, 22nd, 23rd, 24th, 25th, 26th, 27th, 28th, 29th, 32nd, 36th, and 37th paragraphs of the complaint uses the word "scheme" to describe certain alleged activities and claims. The word should be stricken pursuant to Rule 12(f) Federal Rules of Civil Procedure, because it is "wholly irrelevant and can have no bearing on the equities and no influence on the decision," Rice-Lamar v. City of Fort Lauderdale, 853 So.2d 1125 (Fla. 4th DCA 2003).

WHEREFORE Defendant moves this Court to enter an Order striking from the record of this cause each of the above paragraphs of the complaint, or the entire complaint, and granting such other and further relief as the Court may deem reasonable and just under the circumstances.

Dated this 18th day of January, 2011

_David L. Miner_
David L. Miner, Defendant

-2-

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by regular U.S. mail to Michael R. Pahl, Esq., United States Department of Justice, Civil Tax Central, P.O. Box 7238, Washington, D.C. 20044, on this 18th day of January, 2011.

_____
David L. Miner, Defendant
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, Florida 32701
615-301-1811

STATE OF FLORIDA
COUNTY OF SUNSHINE
BEFORE ME personally appeared Peter Plaintiff who, being by me first duly sworn and identified in accordance with Florida law, did execute the foregoing in my presence this _____ day of _____, 2011.


_____
Notary Public

My commission expires: