FILED
2011 JAN 18 PM 2: 26
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

United States,

    Plaintiff,

vs.

David L. Miner, individually and dba IRx Solutions and Blue Ridge Group,

    Defendant

Civil No.: 6:10-cv-1873-Orl-19DAB

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE SCANDALOUS AND IMPERTINENT REFERENCE

Defendant David L. Miner files this memorandum in support of Defendant's Motion to Strike, stating:

**ISSUE**

1) The question for the court is whether or not Plaintiff is justified in using the word "scheme," a word that is clearly prejudicial and scandalous before the court has so determined the Defendant is guilty.

**ARGUMENT**

2) The foregoing issue has not been adjudicated.

3) No evidence has yet been presented on the record to establish as fact that the Defendant has engaged is the activities and claims alleged.

4) Plaintiff's use of the word "scheme" is clearly a conclusion of law.

5) Plaintiff has no authority to render conclusions of law. Plaintiff is usurping the right and responsibility of the court in using terminology that should apply only after a verdict of guilty has been rendered.

6) Plaintiff's use of the word "scheme" is a presumptive act and denies Defendant his full rights under the Due Process and Equal Protection Clauses of the Constitution for the United States of America.

7) The word "scheme" is defined in contemporary dictionaries, as shown in Attachment A.

8) The word "scheme" is used by the IRS in a similar manner, always suggesting, implying, or stating illegal activities. A search on the word "scheme" on the IRS website, www.irs.gov, yielded 391 results, almost all of which are articles describing criminal activities. See Attachment B.

9) The above-named search on the IRS website, the first article listed is "Tax Scams – How to Recognize Them and Avoid Them." If you click on that link, you are taken to an article in which the IRS describes illegal and criminal activities. See Attachment C.

10) The IRS uses the word "scheme" in much the same way as the general public uses the word – to describe activities that are unethical or illegal. The Plaintiff knows this and used the word in a clear and intentional manner to prejudice the views and opinions of anyone who would read the pleading.

11) Until adjudicated by the court, Plaintiff's use of the word "scheme" is prejudicial, scandalous, impertinent, and just plain offensive.

12) Plaintiff uses the word "promotion" in a number of paragraphs to describe Defendant's alleged activities and claims, demonstrating it ability to use an acceptable substitute when it chooses.

WHEREFORE Defendant moves the Court to enter an Order denying Plaintiff's Pleading as submitted and demanding a Pleading properly worded without prejudicial, scandalous, impertinent, and offensive words, or words requiring conclusions of law from the Plaintiff, and granting such further relief as the Court may deem reasonable under the circumstances.

Dated this 18th day of January, 2011

_____
David L. Miner, Defendant

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by regular U.S. mail to Michael R. Pahl, Esq., United States Department of Justice, Civil Tax Central, P.O. Box 7238, Washington, D.C. 20044 on this 18th day of January, 2011.

_____
David L. Miner, *pro se*
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, Florida 32701
615-301-1811

STATE OF FLORIDA
COUNTY OF SUNSHINE
BEFORE ME personally appeared Peter Plaintiff who, being by me first duly sworn and identified in accordance with Florida law, did execute the foregoing in my presence this _____ day of _____, 2011.

_____
Notary Public

My commission expires:

# Attachment A

## "SCHEME"

**Online Dictionaries:**

1. http://www.thefreedictionary.com/scheme defines "**scheme**" as "*A secret or devious plan; a plot.*

2. http://www.yourdictionary.com/scheme defines "**scheme**" as "*a secret or underhanded plan; a plot*"

3. http://www.answers.com/topic/scheme defines "**scheme**" as "*A secret or devious plan; a plot.*

4. http://dictionary.reference.com/browse/Scheme defines "**scheme**" as "*an underhand plot; intrigue.*

**Published Dictionaries:**

*MacMillan Contemporary Dictionary* defines "**scheme**" as "*underhanded, devious, or secret plan; a plot.*"

*The American Heritage Dictionary of the English Language, Fourth Edition,* defines "scheme" as "*underhanded, devious or unethical plan.*"



Attachment B

**Search Results**

scheme    SEARCH  Advanced Search / Search Tips

391 results found                                                                                                   Summaries: Show | Hide

Sort by: Relevance | Date                                                                                          Results: 1-10  ▷

**Results**

Tax Scams - How to Recognize and Avoid Them                                                                        11 Mar 09
... educational materials. Participating in an illegal **scheme** to avoid paying taxes can result ... scams.      Highlight Term(s)
Common **Scheme** Types Anti ... Obtains More Than 100 Injunctions Against Tax **Scheme** Promoters
IRS News ...
http://www.irs.gov/businesses/small/article/0,,id=106788,00.html - 14.4KB

IRS Reissues Consumer Warning on Identity Theft **Scheme**; **Scheme** Now Targeting Caribbean                    03 Aug 04
... Consumer Warning on Identity Theft **Scheme**; **Scheme** Now Targeting Caribbean ... its warning              Highlight Term(s)
about a fraudulent **scheme** targeting non-resident aliens who ... IRS has seen signs the **scheme** is
spreading in the Caribbean ...
http://www.irs.gov/newsroom/article/0,,id=127914,00.html - 16.3KB

IRS, Canada Revenue Agency Unravel Cross-Border Tax **Scheme**                                                    05 Nov 07
... Agency Unravel Cross-Border Tax **Scheme** ... an abusive cross-border tax **scheme**. This effort stems       Highlight Term(s)
from leads ... The **scheme** involves hundreds of taxpayers and ...
http://www.irs.gov/newsroom/article/0,,id=160691,00.html - 13.7KB

ITG FAQ #2 Answer-What should I do if I am approached by someone "selling" a Tax **Scheme**?                      05 Nov 10
... I am approached by someone "selling" a Tax **Scheme**? We urge you ... a Tax **Scheme**? We urge you            Highlight Term(s)
to report **scheme** promoters and/or any new schemes identified to ...
http://www.irs.gov/govt/tribes/article/0,,id=179695,00.html - 11.1KB

Examples of Abusive Tax **Scheme** Investigations - Fiscal Year 2010                                               07 Oct 10
... Examples of Abusive Tax **Scheme** Investigations - Fiscal Year 2010 ... following examples of Abusive          Highlight Term(s)
Tax **Scheme** investigations are excerpts from public ... for Promoting Sham Tax Elimination **Scheme**
Sold Through Pinnacle Quest International ...
http://www.irs.gov/compliance/enforcement/article/0,,id=213765,00.html - 54.1KB

Examples of Abusive Tax **Scheme** Investigations - Fiscal Year 2009                                               06 Oct 10
... Examples of Abusive Tax **Scheme** Investigations - Fiscal Year 2009 ... income using a tax avoidance          Highlight Term(s)
**scheme** promoted by the now-defunct ... Company. As part of this **scheme**, Sikma transferred portions
of his ...
http://www.irs.gov/compliance/enforcement/article/0,,id=187267,00.html - 66.6KB

IRS Obtains More Than 100 Injunctions Against Tax **Scheme** Promoters                                             01 Nov 07
... Than 100 Injunctions Against Tax **Scheme** Promoters ... issued injunctions against 99 abusive                Highlight Term(s)
**scheme** promoters — 81 permanent injunctions and ... seeking injunction action — 28 against **scheme**
promoters and 21 against return ...
http://www.irs.gov/newsroom/article/0,,id=137831,00.html - 14.2KB

Settlement Offer Extended for Executive Stock Option **Scheme**                                                    31 Oct 07
... Offer Extended for Executive Stock Option **Scheme** IR ... controlled entities. Under this **scheme**,         Highlight Term(s)
executives, often facilitated by their corporate employers ... more than $700 million involved in this
**scheme**. "These transactions ...
http://www.irs.gov/newsroom/article/0,,id=135596,00.html - 16.9KB

IRS Warns of **Scheme** to Steal Identity and Financial Data                                                       01 Jun 04
... IRS Warns of **Scheme** to Steal Identity and Financial ... warned today of a fraudulent **scheme**             Highlight Term(s)
targeting non-resident aliens who ... a United States source. The **scheme** uses fictitious IRS
correspondence and ...
http://www.irs.gov/newsroom/article/0,,id=123621,00.html - 16.0KB

Treasury, IRS Warn of Identity Theft **Scheme** Involving Bogus E-mail, Web site                                   30 Apr 04
... IRS Warn of Identity Theft **Scheme** Involving Bogus E-mail, Web ... of an e-mail-based **scheme** that        Highlight Term(s)
attempts to trick taxpayers ... shut the site down. The **scheme** is being investigated by TIGTA ...
http://www.irs.gov/newsroom/article/0,,id=122997,00.html - 13.6KB

Get Adobe Reader
File Format Description                                                                                            Results: 1-10  ▷



**Attachment C**

### Tax Scams - How to Recognize and Avoid Them

To help the public recognize and avoid abusive tax schemes, the IRS offers an abundance of educational materials. Participating in an illegal scheme to avoid paying taxes can result in imprisonment and fines, as well as the repayment of taxes owed with penalties and interest. Education is the best way to avoid the pitfalls of these "too good to be true" tax scams.

**Common Scheme Types**

- Anti-Tax Law Schemes
- Abusive Home-Based Business Schemes
- Abusive Trust Schemes
- Misuse of the Disabled Access Credit
- Abusive Offshore Schemes
- Employee Plans Abusive Tax Transactions
- Exempt Organization Abusive Tax Avoidance Transactions

**More Information**

- IRS Fact Sheet 2005-15, IRS Obtains More Than 100 Injunctions Against Tax Scheme Promoters
- IRS News Release 2005-19, IRS Announces the 2005 Dirty Dozen
- IRS News Release 2004-48
  IRS, Justice Department Note Increase in Tax Enforcement: Civil and Criminal Enforcement Against Tax Cheats on the Rise
- IRS News Release 2004-47
  IRS Warns Businesses, Individuals to Watch for Questionable Employment Tax Practices
- IRS News Release 2004-42
  IRS Warns of "Corporation Sole" Tax Scam
- IRS News Release 2004-26
  IRS Updates the 'Dirty Dozen' for 2004: Agency Warns of New Scams
- IRS News Release 2004-19
  IRS, States Move Forward in Fight Against Abusive Tax Avoidance
- IRS News Release 2003-111
  IRS and States Announce Partnership to Target Abusive Tax Avoidance Transactions
- Listed Abusive Tax Shelters and Transactions
- Tax Fraud Alerts
  Information from the IRS Criminal Investigation Division
- Department of Justice and IRS Civil and Criminal Actions

**Reporting Tax Scams**

To report information on abusive tax shelters, schemes or unscrupulous tax preparers, the IRS offers several options.

Page Last Reviewed or Updated: March 11, 2009