# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**-vs-** **Case No. 6:10-cv-1873-Orl-28DAB**

**DAVID LEE MINER, individually and doing business as IRx Solutions and Blue Ridge Group,**

**Defendant.**

---

# ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO STRIKE SCANDALOUS AND IMPERTINENT REFERENCE (Doc. No. 7)** |
| **FILED:** | **January 18, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __28th___ day of January, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party