IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2011 FEB 14 AM 11: 15
US DISTRICT COURT
MIDDLE DISTRICT OF FL.
ORLANDO FLORIDA

| | |
|---|---|
| United States, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No.: 6:10-cv-1873-Orl-19DAB |
| David L. Miner, individually and dba IRx Solutions and Blue Ridge Group, | ) |
| Defendant | ) |

## MOTION TO STAY PROCEDINGS FOR 30 DAYS

DEFENDANT David L. Miner moves this Honorable Court to enter an Order Staying the proceedings for 30 days for the purpose of obtaining proper assistance of legal counsel. I have contacted several local attorneys and they seem hesitant to take on my case. I have finally located one attorney who has given preliminary indication that he will take my case but he has been out of town on another case. I have an appointment with him this next week, on Friday, February 25, 2011. After a few days of planning and preparation, I expect we will be ready by the end of the requested 30 days.

WHEREFORE Defendant moves this Court to enter an Order to Stay Proceedings for 30 days.

Dated this 14th Day of February, 2011

David L. Miner, Defendant

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by regular U.S. mail to Michael R. Pahl, Esq., United States Department of Justice, Civil Tax Central, P.O. Box 7238, Washington, D.C. 20044, on this 14th Day of February, 2011.

*[signature]*

David L. Miner, Defendant
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, Florida 32701
615-301-1811 phone
407-574-5723 fax