RECEIVED
2011 MAR 11 PM 4: 20
U.S. DISTRICT COURT
ORLANDO, FLORIDA

FILED
2011 MAR 11 PM 4: 58
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

United States,

    Plaintiff,

vs.

David L. Miner, individually and dba IRx Solutions and Blue Ridge Group,

    Defendant

Case No. 6:10-cv-1873-Orl-19DAB

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

1. Pursuant to Rule 7 of the Federal Rules of Civil Procedure, defendant moves the court to enlarge the time to respond to the complaint.

2. The grounds for this motion are that I am unschooled and untrained in the law. The search for competent counsel that would take this case has exceeded expectations in both time and money. I don't have the funds to hire competent counsel. And finally, there have been end of year holidays during this time period placing personal and family obligations on my time. In summary, I need more time to research and appropriately respond to the complaint.

3. This motion is based on the pleadings and papers on file in this case and the attached affidavit in support.

INTRODUCTION

1. On December 13, 2010, plaintiff filed a complaint against me.

2. On December 28, 2010, I was served with a copy of that complaint.

LAW AND ARGUMENT

1. Federal Rules of Civil Procedure, Rule 7, grants the Court discretion to make longer or shorter time periods not determioned by statute.

2. The purpose of the Rules is to assure that fairness and justice is maintained.

3. The requirements of the Federal Rules of Civil Procedure and the local Federal Court rules contemplate a level of skill, time, and learning that are unavailable to me.

4. In light of plaintiff's advantage in legal resources, both human and financial, justice requires that I be allowed sufficient time to respond to his complaint against me.

5. A ruling on these issues without placing the facts and law on the record would deprive me of an important element of due process and cause the record for any appeal to be incomplete.

6. Justice requires that I be allowed more time to craft a substantial response to the complaint.

WHEREFORE, premises considered, defendant moves this court for an order granting an enlargement of time to respond to the complaint by May 11, 2011.

Under penalty of perjury, I state that the facts in this motion are true and correct to the best of my knowledge and belief.

Dated this 11th day of March, 2011

*David L. Miner* (signature)

David L. Miner
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, FL 32701

Page 3 of 3

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by regular U.S. mail to Michael R. Pahl, Esq., United States Department of Justice, Civil Tax Central, P.O. Box 7238, Washington, D.C. 20044, on this 11th day of March, 2011.

_____
David L. Miner, Defendant
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, Florida 32701
615-301-1811

**RECEIVED**

2011 MAR 11 PM 4:20

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO

Case No. 6:10-cv-1873-Orl-19DAB

United States,

        Plaintiff,

vs.

David L. Miner, individually and dba IRx Solutions and Blue Ridge Group,

        Defendant

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

AFFIDAVIT IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

1. I am unschooled and untrained in the law.
2. I am proceeding without the effective assistance of counsel.
3. In comparison to my own, plaintiff's legal resources are overwhelming.
4. Since the date of the service, end of year holidays have occurred, which required me to set aside several days of personal and family obligations.

Under penalty of perjury, I state that the facts in this motion are true and correct to the best of my knowledge and belief.

Dated this 11th day of March, 2011

_____
David L. Miner
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, FL 32701

Page 1 of 2

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by regular U.S. mail to Michael R. Pahl, Esq., United States Department of Justice, Civil Tax Central, P.O. Box 7238, Washington, D.C. 20044, on this 11th day of March, 2011.

David L. Miner, Defendant
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, Florida 32701
615-301-1811