**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                              Case No.  6:10-cv-1873-Orl-19DAB

**DAVID LEE MINER, individually and**
**doing business as IRx Solutions and Blue**
**Ridge Group,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO STAY PROCEEDINGS FOR 30 DAYS TO OBTAIN COUNSEL (Doc. No. 11)** |
| **FILED:** | **February 14, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT (Doc. No. 12)** |
| **FILED:** | **March 11, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.  Defendant has had ample time to obtain counsel or otherwise prepare to defend this action.  Defendant has until March 31, 2011 to respond to the Complaint.

**DONE** and **ORDERED** in Orlando, Florida on March 15, 2011.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

-2-

Copies furnished to:

Counsel of Record
Unrepresented Parties