IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 6:10-cv-1873-Orl-19DAB |
| ) | |
| DAVID LEE MINER, individually ) | |
| and d/b/a IRx Solutions ) | |
| and Blue Ridge Group ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 2.02(b), Sherra Wong, the undersigned, enters an appearance in this case as counsel for Plaintiff, the United States.

Dated: April 8, 2011

                                                                                                   Respectfully submitted,

                                                                                                     /s/ Sherra Wong_____
                                                                                                     SHERRA WONG
                                                                                                     NY Bar # 4894895
                                                                                                     Trial Attorney, Tax Division
                                                                                                     U.S. Department of Justice
                                                                                                     Post Office Box 7238
                                                                                                     Ben Franklin Station
                                                                                                     Washington, D.C.  20044
                                                                                                     Telephone: (202) 616-1882
                                                                                                     Fax: (202) 514-6770

## CERTIFICATE OF SERVICE

I certify that on April 8, 2011, I served a copy of the foregoing **Notice of Appearance** by depositing a copy in the U.S. mail, postage prepaid, to:

David Miner
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, FL 32701

                                    /s/ Sherra Wong
                                    Sherra Wong

                                  *Attorney for the United States*