IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 6:10-cv-1873-Orl-19DAB |
| ) | |
| DAVID LEE MINER, individually ) | |
| and d/b/a IRx Solutions ) | |
| and Blue Ridge Group ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS**

The United States respectfully requests a 14-day extension to respond to the defendant's motion to dismiss to May 2, 2011. As grounds for this relief, the United States represents that it did not receive the defendant's motion until late afternoon on April 6, six days after the defendant had deposited the motion into the U.S. Mail on March 31. The Court's docket also reflects receipt and entry of the defendant's motion on April 6. (Dkt. No. 14.) Because the United States has 14 days from service to respond to the motion pursuant to Local Rule 3.01(b), plus three days for service effected by mail as provided by Fed. R. Civ. P. 6(d), the current deadline for its response is April 18, 2011.

The United States will be prejudiced if it is required to respond by the April 18 deadline. As a participant in the Court's CM/ECF system, the United States has consented to receiving notices from the Court and all parties by electronic means. While it acknowledges that all parties, and especially *pro se* parties, may avail themselves of the U.S. Mail for service as provided by the Federal Rules of Civil Procedure, it should also be entitled to additional time

when such manner of service drastically reduces the time in which it has to respond, and more than that provided for by Fed. R. Civ. P. 6(d).  In the present situation, in which the United States' time to respond is nearly halved, an extension is especially appropriate.

Counsel for the United States left the defendant a voice message on the morning of April 8 to ask for his consent to the extension.  The United States admits that the defendant has had insufficient time to respond.  However, the United States is moving for the extension today due to the possible lapse in appropriations for the federal government and its effects on the United States' ability to litigate in this Court.

Therefore, the United States requests that the deadline to respond be extended to May 2, 2011.

Dated: April 8, 2011

                                                Respectfully submitted,

                                                ROBERT E. O'NEILL
                                                United States Attorney

                                                /s/ Sherra Wong
                                                SHERRA WONG
                                                NY Bar # 4894895
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 7238
                                                Ben Franklin Station
                                                Washington, D.C.  20044
                                                Telephone: (202) 616-1882

## CERTIFICATE OF SERVICE

I certify that on April 8, 2011, I served a copy of the foregoing **United States' Motion to Extend Time to Respond to Defendant's Motion to Dismiss** by depositing a copy in the U.S. mail, postage prepaid, to:

David Miner
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, FL 32701

/s/ Sherra Wong
Sherra Wong

*Attorney for the United States*