# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1873-Orl-19DAB**

**DAVID LEE MINER, individually and doing business as IRx Solutions and Blue Ridge Group,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (Doc. No. 16)**
>
> **FILED:** April 8, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

**DONE** and **ORDERED** in Orlando, Florida on April 18, 2011.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties