# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| United States, ) | |
| Plaintiff, ) | |
| vs. ) | Civil No.: 6:10-cv-1873-Orl-19DAB |
| David L. Miner, individually and dba IRx ) | |
| Solutions and Blue Ridge Group, ) | |
| Defendant ) | |

**FILED 2011 MAY 13 PM 1:40 US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO FLORIDA**

### Motion Requesting Leave to File a Response
### To the United States' Opposition to
### Defendant's Motion to Dismiss

As directed by Local Rule 3.01(d), Defendant moves this Court for an Order Granting Leave to Respond to the United States' Opposition to Defendant's Motion to Dismiss for the following grounds:

1. As will be more fully stated in the Response, if allowed by the Court, the aforementioned Opposition document contains a misunderstanding of Defendant's claims in his Motion to Dismiss which, if left unclarified, would prejudice Defendant's opportunities upon appeal; and

2. As will be more fully stated in the Response, if allowed by the Court, the aforementioned Opposition document contains one or more misquoted statutes which, if left unclarified, would prejudice Defendant's opportunities upon appeal; and

3. As will be more fully stated in the Response, if allowed by the Court, the aforementioned Opposition document contains as its primary claim a well-researched and logically presented argument which has nothing whatsoever to do with Defendant's arguments in favor of dismissal which, if left unclarified, would confuse or mislead the court and also prejudice Defendant's

opportunities upon appeal.

As Rule 3.01(d) requires, the intended response will be as few as six pages but no more than 10 pages.

Wherefore, premises considered, we move the Court to grant an opportunity to respond.

Respectfully submitted,

Dated: May 13, 2011        By: _____
                                David L. Miner, *Pro Se*
                                478 East Altamonte Dr.
                                Suite 108-530
                                Altamonte Springs, FL 32701
                                (615) 301-1811

## CERTIFICATE OF SERVICE

On May 13th, 2011, I certify that a copy of the United States' Agreement with our Motion Requesting Leave to File a Response was served by U.S. Priority Mail with tracking requested, on the following attorney in charge for plaintiff, United States of America:

Sherra Wong
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone : (202) 616-1882
Fax: (202) 514-6770

By: _____
     David L. Miner, *Pro Se*
     478 East Altamonte Dr.
     Suite 108-530
     Altamonte Springs, FL 32701
     (615) 301-1811