# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| **United States,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil No.: 6:10-cv-1873-Orl-19DAB** |
| **vs.** ) | |
| ) | |
| **David L. Miner, individually and dba IRx** ) | |
| ) | |
| **Solutions and Blue Ridge Group,** ) | |
| ) | |
| **Defendant** ) | |

**The United States' Agreement with
Motion Requesting Leave to File a Response
To the United States' Opposition to
Defendant's Motion to Dismiss**

On May 6th, 2011 at approximately 2:35pm Eastern, Defendant personally called Ms Wong and

spoke with her concerning the United States' opposition with our Motion to dismiss.  During this

conversation, we informed Ms Wong of our desire to offer a response to the court.  We reminded

her that the Local Rules for Central Florida required that we contact her and ask if she would

oppose our request for an opportunity to respond, and asked Ms Wong if she would agree to our

asking the Court for leave to respond.  She answered, "Oh, no, I have no problem with that."  I

then thanked her for her time and hung up.  This was at approximately 2:45pm Eastern.

I certify that this is an accurate telling of her agreement to the best of my recollection and belief,

under penalty of perjury.

Respectfully submitted,

Dated: May 13th, 2011

By: _____

David L. Miner, *Pro Se*
478 East Altamonte Dr.
Suite 108-530
Altamonte Springs, FL 32701
(615) 301-1811

## CERTIFICATE OF SERVICE

On May 13th, 2011, I certify that a copy of the United States' Agreement with our Motion Requesting Leave to File a Response was served by U.S. Priority Mail with tracking requested, on the following attorney in charge for plaintiff, United States of America:

Sherra Wong
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone : (202) 616-1882
Fax: (202) 514-6770

By: _____

David L. Miner, *Pro Se*
478 East Altamonte Dr.
Suite 108-530
Altamonte Springs, FL 32701
(615) 301-1811