**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**-vs-** **Case No. 6:10-cv-1873-Orl-19DAB**

**DAVID LEE MINER, individually and doing business as IRx Solutions and Blue Ridge Group,**

**Defendant.**

---

# ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION REQUESTING LEAVE TO FILE A RESPONSE TO THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (Doc. No. 20)** |
| **FILED:** | **May 13, 2011** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. Defendant may file a Reply within seven (7) days from the date of this Order that shall not exceed five (5) pages.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23rd day of May, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party