# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

　　　　　**Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　Case No. 6:10-cv-1873-Orl-19DAB

**DAVID LEE MINER, individually and doing business as IRx Solutions and Blue Ridge Group,**

　　　　　**Defendant.**

___

## ORDER

　　This cause is before the Court on Defendant's Motion to Dismiss (Doc. 14) and the Government's response thereto (Doc. 19). The Court finding that the Complaint contains sufficient factual matter to state a claim to relief that is plausible on its face, See <u>Bell Atl. Corp. v. Twombly</u>, 550 U.S. 544, 570 (2007), the Motion to Dismiss is **DENIED**.

　　**DONE and ORDERED** in Chambers, Orlando, Florida this 2 day of June, 2011.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN ANTOON II
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party