**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

-vs-                                               **Case No. 6:10-cv-1873-Orl-28DAB**

**DAVID LEE MINER, individually and**
**doing business as IRx Solutions and**
**Blue Ridge Group,**

          **Defendant.**

_____

## NOTICE OF HEARING

**TAKE NOTICE** that the parties shall appear for a status conference before the Honorable John Antoon, United States District Judge, on **THURSDAY**, **JUNE 16, 2011** at **3:00 P.M.** in Courtroom #6B, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on this __6th__ day of June, 2011.

Copies furnished to:
Counsel of Record
Any Unrepresented Party

JOHN ANTOON II
United States District Judge

**PLEASE NOTE**: Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.