IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 6:10-cv-1873-Orl-19DAB |
| | ) | |
| DAVID LEE MINER, individually | ) | |
| and d/b/a IRx Solutions | ) | |
| and Blue Ridge Group | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' OPPOSED MOTION FOR LEAVE TO APPEAR BY TELEPHONE**

The United States respectfully requests that the Court grant leave for its counsel to appear by telephone at the status conference scheduled for June 16, 2011, at 3 p.m. The United States is represented in this case by an attorney from the Department of Justice, Tax Division, which is located in Washington, D.C. The attorney for the United States has no other matters scheduled in the Orlando area during the week of June 16, 2011, and it would be expensive and burdensome for the attorney to travel from Washington, D.C. to Orlando for the status conference.

Pursuant to Local Rule 3.01(g), counsel for the United States certifies that she contacted the defendant, David Miner, on June 7, 2011 by telephone to seek his agreement to the relief sought in this motion. On June 8, 2011, Mr. Miner left a voice message opposing the motion.

If this motion is granted, counsel for the United States will be available at the direct telephone number (202) 616-1882 beginning 15 minutes before 3 p.m., and will remain available until the status conference concludes.

Dated: June 9, 2011

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney

        /s/ Sherra Wong
        SHERRA WONG, NY Bar #4894895
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 7238
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 616-1882
        Fax: (202) 514-6770
        E-mail: sherra.t.wong@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on June 9, 2011, the United States' Motion for Leave to Appear by Telephone was served on the following by U.S. mail:

David Miner
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, FL 32701

*Defendant, pro se*

                                                  /s/ Sherra Wong
                                                  SHERRA WONG

                                                  *Attorney for the United States*