# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                        **Case No. 6:10-cv-1873-Orl-28DAB**

**DAVID LEE MINER, individually and doing business as IRx Solutions and Blue Ridge Group,**

      **Defendant.**

_____

# ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **UNITED STATES' OPPOSED MOTION FOR LEAVE TO APPEAR BY TELEPHONE (Doc. No. 26)** |
| **FILED:** | **June 9, 2011** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13th___ day of June, 2011.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge