FILED

2011 JUN 16 PM 3: 11

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

| | |
|---|---|
| United States,<br><br>      Plaintiff,<br><br>vs.<br><br>David L. Miner, individually and dba IRx Solutions and Blue Ridge Group,<br><br>      Defendant | Case No.: 6:10-cv-1873-Orl-19DAB<br><br>DEFENDFANT'S ORIGINAL ANSWER TO COMPLAINT |

DEFENDFANT'S ORIGINAL ANSWER TO COMPLAINT

Defendant, David L. Miner, files this original answer to Plaintiff United States' original complaint.

### A. Admissions and Denials

1. Defendant admits the allegations in paragraph 1.
2. Defendant denies the allegations in paragraph 2.
3. Defendant lacks sufficient knowledge or information to form a belief about the truth of paragraph 3.
4. Defendant denies the allegations in paragraph 4.
5. Defendant admits the allegations in paragraph 5.
6. Defendant denies the allegations in paragraph 6.
7. Defendant denies the allegations in paragraph 7.
8. Defendant denies the allegations in paragraph 8.
9. Defendant denies the allegations in paragraph 9.
10. Defendant denies the allegations in paragraph 10.
11. Defendant denies the allegations in paragraph 11.

12. Defendant denies the allegations in paragraph 12.

13. Defendant denies the allegations in paragraph 13.

14. Defendant denies the allegations in paragraph 14.

15. Defendant denies the allegations in paragraph 15.

16. Defendant denies the allegations in paragraph 16.

17. Defendant denies the allegations in paragraph 17.

18. Defendant denies the allegations in paragraph 18.

19. Defendant denies the allegations in paragraph 19.

20. Defendant denies the allegations in paragraph 20.

21. Defendant denies the allegations in paragraph 21.

22. Defendant denies the allegations in paragraph 22.

23. Defendant denies the allegations in paragraph 23.

24. Defendant denies the allegations in paragraph 24.

25. Defendant denies the allegations in paragraph 25.

26. Defendant denies the allegations in paragraph 26.

27. Defendant denies the allegations in paragraph 27.

28. Defendant denies the allegations in paragraph 28.

29. Defendant denies the allegations in paragraph 29.

30. Defendant denies the allegations in paragraph 30.

31. Defendant denies the allegations in paragraph 31.

32. Defendant denies the allegations in paragraph 32.

33. Defendant admits the allegations in paragraph 33.

34. Defendant admits the allegations in paragraph 34.

35. Defendant admits the allegations in paragraph 35.

36. Defendant denies the allegations in paragraph 36.

37. Defendant denies the allegations in paragraph 37.

38. Defendant admits the allegations in paragraph 38.

39. Defendant admits the allegations in paragraph 39.

40. Defendant admits the allegations in paragraph 40.

41. Defendant denies the allegations in paragraph 41.

42. Defendant denies the allegations in paragraph 42.

43. Defendant denies the allegations in paragraph 43.

### B. Affirmative Defenses

Defendant denies that most of the so-called facts alleged above are facts at all. The government knows or should know that a number of its claims are just plain false. Further, Defendant denies the sections of the Internal Revenue Code which the government accuses him of violating, §§ 6700, 6701, 7402, and 7408, can be applied to him. Each of those sections relies on the same definition of "person" found in §§ 6671(b) or 7343 (they use exactly the same wording). In both of those definitions the "person" is someone in a business role with a business responsibility and who has violated that business responsibility. The term "person" is not and cannot be applied to anyone who does not have a role related to an organized enterprise *and in that role* violated a requirement found in the Internal Revenue Code. The government has not indicated what business role, if any, it claims the Defendant is engaged in, which would qualify him to be included in the definition of "person". And Defendant claims he is not engaged in any business role that has specific responsibilities listed within the Internal Revenue Code which he violated, rendering the charges against the Defendant frivolous and without legal foundation.

## C. Prayer

For these reasons, Defendant asks the Court to enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, assess costs against Plaintiff, and award Defendant all other relief the Court deems appropriate.

Respectfully submitted,

Dated: June 16, 2011       By: _____
David L. Miner, *Pro Se*
478 East Altamonte Dr.
Suite 108-530
Altamonte Springs, FL 32701
(615) 301-1811

## CERTIFICATE OF SERVICE

On June 16th, 2011, I certify that a copy of the United States' Agreement with our Motion Requesting Leave to File a Response was served by U.S. Priority Mail with tracking requested, on the following attorney in charge for plaintiff, United States of America:

Sherra Wong
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone : (202) 616-1882
Fax: (202) 514-6770

By: _____
David L. Miner, *Pro Se*
478 East Altamonte Dr.
Suite 108-530
Altamonte Springs, FL 32701
(615) 301-1811