IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 6:10-cv-1873-JA-DAB |
| ) | |
| DAVID LEE MINER, individually ) | |
| and d/b/a IRx Solutions ) | |
| and Blue Ridge Group ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   **None.**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None.**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   **None.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **The United States.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  June 21, 2011.

    Respectfully submitted,

    ROBERT E. O'NEILL
    United States Attorney

    /s/ Sherra Wong
    SHERRA WONG, NY Bar #4894895
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 7238
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 616-1882
    Fax: (202) 514-6770
    E-mail: sherra.t.wong@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 21, 2011, the **United States' Certificate of Interested Persons and Corporate Disclosure Statement** was served on the following by U.S. mail:

David Miner
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, FL 32701

*Defendant, pro se*

    /s/ Sherra Wong
    SHERRA WONG

    *Attorney for the United States*