# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**United States**

      **Plaintiff,**

v.                                                **Civil No. 6:10-cv-1873-JA-DAB**

**David Lee Miner, individually
and d/b/a IRx Solutions
and Blue Ridge Group**

## CASE MANAGEMENT REPORT

The parties have agreed on the following dates and discovery plan pursuant to Fed.R.Civ.P. 26(f) and Local Rule 3.05(c):

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Mandatory Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1) as amended effective December 1, 2000)** [Court recommends 30 days after CMR meeting] | 8/15/2011 |
| **Certificate of Interested Persons and Corporate Disclosure Statement** [each party who has not previously filed must file immediately] | 7/1/2011 |
| **Motions to Add Parties or to Amend Pleadings** [Court recommends 1 - 2 months after CMR meeting] | 7/22/2011 |
| **Disclosure of Expert Reports**  Plaintiff: Defendant: [Court recommends 1 - 2 months before discovery deadline to allow expert depositions] | 10/14/2011 10/14/2011 |
| **Discovery Deadline** [Court recommends 6 months before trial to allow time for dispositive motions to be filed and decided; all discovery must be commenced in time to be completed before this date] | 12/16/2011 |
| **Dispositive Motions, *Daubert,* and *Markman* Motions** [Court requires 5 months or more before trial term begins] | 1/27/2012 |

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement [10 days before Joint Final Pretrial Statement]** | Week of 4/23/2012 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly-Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)  [Court recommends 6 weeks before Trial]** | 5/18/2012 |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | 6/22/2012 |
| **Trial Term Begins** [Local Rule 3.05 (c)(2)(E) sets goal of trial within 2 years of filing complaint in all Track Two cases; trial term *must not* be less than 5 months after dispositive motions deadline (unless filing of such motions is waived); district judge trial terms begin on the first business day of each month; trials before magistrate judges will be set on a date certain after consultation with the parties] | 8/1/2012 |
| **Estimated Length of Trial  [trial days]** | 3 |
| **Jury / Non-Jury** | The parties disagree on the issue. The defendant would like a jury trial. Neither party has made a jury demand, but the plaintiff expects to oppose a jury demand if one if is filed. |
| **Mediation**  Deadline:  Mediator:  Address:  Telephone:  [Absent arbitration, mediation is *mandatory*; Court recommends either 2 - 3 months after CMR meeting, or just after discovery deadline. If the parties do not select a mediator in the CMR, the Court *will appoint* one from its List of Certified Mediators.] | 4/27/2012  Bruce Norris  200 S Orange Ave Suite 1950 Orlando, FL 32801  (407) 740-6600 |

| **DEADLINE OR EVENT** | **AGREED DATE** |
|---|---|
| **All Parties Consent to Proceed Before Magistrate Judge** | Yes____   No__x__<br><br>**Likely to Agree in Future** _____ |

**I.   Meeting of Parties in Person**

Pursuant to the Court's order on June 16, 2011 (Dkt. No. 29), counsel for the United States, Sherra Wong, and *pro se* defendant, David Miner, conferred by telephone on June 21, 2011 from approximately 1:10 p.m. to 2:50 p.m.

**II.   Pre-Discovery Initial Disclosures of Core Information**

**Fed.R.Civ.P. 26(a)(1)(A)(I) - (iv) Disclosures**

The parties agree to exchange information described in Fed.R.Civ.P. 26(a)(1)(A)(I)-(iv) **by August 5, 2011.**

**III.   Electronic Discovery**

The parties have discussed issues relating to disclosure or discovery of electronically stored information ("ESI"), including Pre-Discovery Initial Disclosures of Core Information in Section II above, and agree that (check one):

_x_  No party anticipates the disclosure or discovery of ESI in this case;

___  One or more of the parties anticipate the disclosure or discovery of ESI in this case.

**IV.   Agreed Discovery Plan for Plaintiffs and Defendants**

**A.   Certificate of Interested Persons and Corporate Disclosure Statement —**

Every party that has appeared in this action to date has filed and served a Certificate of Interested Persons and Corporate Disclosure Statement, which remains current:

_____   Yes

\_\_\_\_x\_\_   No            The Certificate will be filed by David Miner on or before July 1, 2011.  The United States filed its certificate on June 21, 2011 (Dkt. No. 30).

**B.    Discovery Not Filed** —

The parties shall not file discovery materials with the Clerk except as provided in Local Rule 3.03.  The Court encourages the exchange of discovery requests on diskette.  *See* Local Rule 3.03 (f).

The parties further agree to serve and accept discovery electronically in Microsoft Word format whenever practicable, with optional service of a hard copy of the document by U.S. mail.  If a physical signature is required on a document, the parties shall scan the document and serve it in PDF format, or serve it by fax.

**C.    Limits on Discovery** —

The United States requests that the Court grant leave to take 20 depositions.  The Internal Revenue Service has identified 62 of the defendant's customers, and the defendant's web sites claim to have provided services to many more.  Therefore, at least 20 depositions are necessary to develop a full and fair picture of the case.  The defendant does not object to this request.

Neither party requests changes to other limits imposed by the Federal Rules of Civil Procedure or the Local Rules on interrogatories, requests for production, or requests for admissions at this time.

**D.    Discovery Deadline** —

Each party shall timely serve discovery requests so that the rules allow for a response prior to the discovery deadline.  The Court may deny as untimely all motions to compel filed after the discovery deadline.

**E.    Disclosure of Expert Testimony** —

On or before the dates set forth in the above table for the disclosure of expert reports, the parties agree to fully comply with Fed.R.Civ.P. 26(a)(2) and 26(e).  Expert testimony on direct examination at trial will be limited to the opinions, basis, reasons, data, and other information disclosed in the written expert report disclosed pursuant to this order.  Failure to disclose such information may result in the exclusion of all or part of the testimony of the

expert witness.

    **F.**    **Confidentiality Agreements —**

Neither party anticipates the necessity of protective orders, confidentiality agreements, or the filing of documents under seal.

    **G.**    **Other Matters Regarding Discovery —**

None.

**V.**    **Settlement and Alternative Dispute Resolution**.

    **A.**    **Settlement —**

The parties agree that settlement is unlikely, and do not request a settlement conference.

    **B.**    **Arbitration —**

The Local Rules no longer designate cases for automatic arbitration, but the parties may elect arbitration in any case. Do the parties agree to arbitrate?

    yes _____        no \_\_x\_\_        likely to agree in future _____

    **C.**    **Mediation —**

Absent arbitration or a Court order to the contrary, the parties in every case will participate in Court-annexed mediation as detailed in Chapter Nine of the Court's Local Rules. The parties have agreed on a mediator from the Court's approved list of mediators as set forth in the table above, and have agreed to the date stated in the table above as the last date for mediation. The list of mediators is available from the Clerk, and is posted on the Court's web site at http://www.flmd.uscourts.gov.

    **D.**    **Other Alternative Dispute Resolution —**

The parties do not intend to pursue other methods of alternative dispute resolution.

Date: June 30, 2011

Respectfully submitted,

| | |
|---|---|
| /s/ Sherra Wong | /s/ David L. Miner |
| SHERRA WONG, NY Bar #4894895 | DAVID LEE MINER |
| Trial Attorney, Tax Division | 478 East Altamonte Drive |
| U.S. Department of Justice | Suite 108-530 |
| P.O. Box 7238 | Altamonte Springs, FL 32701 |
| Ben Franklin Station | (615) 301-1811 |
| Washington, DC 20044 | |
| Telelphone: (202) 514-6488 | |
| Fax: (202) 514-6770 | |
| E-mail: sherra.t.wong@usdoj.gov | |
| *Attorney for Plaintiff* | *Defendant, Pro se* |