IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| United States, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No.: 6:10-cv-1873-Orl-19DAB |
| David L. Miner, individually and dba IRx Solutions and Blue Ridge Group, | ) |
| Defendant | ) |

FILED 2011 JUL -1 PH 2:54 US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO FLORIDA

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    **None.**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **The United States.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

Dated: July1, 2011            By: _____
                                  David L. Miner, *Pro Se*
                                  478 East Altamonte Dr.
                                  Suite 108-530
                                  Altamonte Springs, FL 32701
                                  (615) 301-1811


## CERTIFICATE OF SERVICE

On July 1st, 2011, I certify that a copy of the **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was served by U.S. Priority Mail with tracking requested, on the following attorney in charge for plaintiff, United States of America:

Sherra Wong
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone : (202) 616-1882
Fax: (202) 514-6770

By: _____
    David L. Miner, *Pro Se*
    478 East Altamonte Dr.
    Suite 108-530
    Altamonte Springs, FL 32701
    (615) 301-1811