IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 6:10-cv-1873-Orl-19DAB |
| | ) | |
| DAVID LEE MINER, individually | ) | |
| and d/b/a IRx Solutions | ) | |
| and Blue Ridge Group | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' UNAGREED MOTION TO WITHDRAW CASE
FROM MEDIATION**

On October 4, 2011, the United States received the Court's Order to file the Notice of

Mediation (Dkt. No. 34) mandating such filing by October 11.  Counsel for the United States

apologizes for overlooking the requirement in the Case Management and Scheduling Order (Dkt.

No. 33) for the parties to consult and file the Notice within 14 days of the Scheduling Order, or

by September 14, 2011.

However, the United States respectfully requests that the Court permit withdrawal of this

case from mediation pursuant to Local Rule 9.03(c) because the United States cannot

compromise on the relief it seeks.  Its complaint requests an injunction barring the defendant,

David L. Miner, from interfering with the enforcement of the internal revenue laws.  Because

Mr. Miner's actions, as alleged in the complaint, are clearly illegal and constitute fraud upon the

U.S. Treasury, the United States cannot agree to anything less than the injunction requested in

the complaint.  In addition, the United States anticipates that this case will be resolved on

motions practice.

## I.      Background of the Case

The complaint alleges that Mr. Miner promotes two tax-fraud schemes: an "IMF decoder" scheme and a "pure trust" scheme.  (Compl. ¶¶ 6 and 21.)  As part of the IMF-decoder scheme, Mr. Miner advocates false positions regarding the internal revenue laws and solicits customers for his services in filing and assistance in filing fraudulent and frivolous documents with the Internal Revenue Service.  (*Id.* ¶¶ 7- 20.)  He falsely promises, among other things, to "fix" a customer's Individual Master File (an individual taxpayer's return-filing record with the IRS) to prevent the IRS from collecting taxes.  (*Id.* ¶¶ 9-12.)

The complaint also alleges that Mr. Miner assists customers with the creation of "Unincorporated Business Trust Organizations," or "Pure Trusts," to evade tax liability.  (*Id.* ¶¶ 22-30.)  He gives customers false advice regarding such trusts that are in direct contravention to the internal revenue laws, including those regarding filing requirements for trusts.  (*Id.* ¶¶ 25-29.)

The IRS has identified at least 62 of Mr. Miner's customers with a combined tax debt of $8.9 million.  (*Id.* ¶ 31.)  As of the filing of this motion, Mr. Miner still continues to promote his illegal schemes on his web sites: www.irx-solutions.com and www.freedomsite.net.  Among other injunctive relief, the United States seeks to enjoin Mr. Miner from promoting the schemes described above to prevent further harm to the U.S. Treasury.

## II.     Good Cause Exists to Withdraw This Case From Mediation

The United States' law-enforcement mandate will not permit compromise of this case through mediation or other negotiation.  There is no lawful or legitimate reason for Mr. Miner's activities as alleged in the complaint.  Courts have granted injunctions of the kind sought here

against similar schemes.  *See, e.g., United States. v. Kukhahn,* 2008 WL 3928028 (W.D. Wash. Aug. 21, 2008) (permanently enjoining defendant from promoting IMF-decoder scheme); *United States v. Pinnacle Quest Int'l*, 2008 WL 2096381 (N.D. Fla. May 15, 2008) (granting preliminary injunction against defendants who provided false advice to customers with regards to their federal income tax obligations, including false advice about their IRS Individual Master Files).  *See also United States v. Karl,* 264 Fed. Appx. 550, 552 n. 1 (9th Cir. 2008) (calling pure trusts "fictitious legal devices" whose purveyors claim to "prevent the federal government from levying taxes on assets contained in the trust.").

Withdrawing this case from mediation will also promote speedy and inexpensive resolution of the action.  Because Mr. Miner shows no intention of discontinuing his activities  - as is evident from his operation of his promotional web sites nine months after the filing of the complaint - and because the United States' law-enforcement mandate permits no compromise, mediation is unlikely to resolve the dispute and will only add to the expense and time spent by both parties.  Furthermore, due to the blatantly fraudulent nature of Mr. Miner's alleged actions, the United States anticipates that this case will be resolved on motions practice.

**III.     The United States Has Contacted Mr. Miner to Seek Consent to This Motion and Has Not Received a Response**

Counsel for the United States has sought the defendant's consent to this motion by voice message and e-mail, but has not received a response from him.  In anticipation of the Court's Order to file a Notice of Mediation by October 11, the United States files the motion to withdraw from mediation at this time as it would benefit the parties to receive a decision from the Court on the motion before October 11.  The United States will serve this motion on Mr. Miner by e-mail, as well as U.S. mail.

**IV.      Conclusion**

For the reasons stated above, the United States respectfully requests that the Court

withdraw this case from mediation.

Dated: October 6, 2011

                                                  Respectfully submitted,

                                                  ROBERT E. O'NEILL
                                                  United States Attorney

                                                  s/ Sherra Wong
                                                  SHERRA WONG, NY Bar #4894895
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  Post Office Box 7238
                                                  Ben Franklin Station
                                                  Washington, D.C.  20044
                                                  Telephone: (202) 616-1882
                                                  Fax: (202) 514-6770
                                                  E-mail: sherra.t.wong@usdoj.gov

<b>CERTIFICATE OF SERVICE</b>

I certify that on October 6, 2011, the United States' Unagreed Motion to Withdraw Case

From Mediation was served on the following by U.S. mail and e-mail:

David Miner
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, FL 32701
Dave.Miner@FreedomSite.net

*Defendant, pro se*

                                                  s/ Sherra Wong
                                                  SHERRA WONG

                                                  *Attorney for the United States*