IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 6:10-cv-1873-Orl-19DAB |
| | ) | |
| DAVID LEE MINER, individually | ) | |
| and d/b/a IRx Solutions | ) | |
| and Blue Ridge Group | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE IN COMPLIANCE WITH THE COURT'S ORDER
TO FILE NOTICE OF MEDIATION (DKT. NO. 34)**

On October 4, 2011, the United States received the Court's Order to file the Notice of Mediation (Dkt. No. 34) mandating such filing by October 11.  In compliance with the Order, counsel for the United States contacted the defendant, David Miner, to schedule the mediation by leaving voice messages with him on October 5 and October 7 and by e-mail on October 5.  She also spoke with the designated mediator, Bruce Norris, by telephone on October 5 to discuss when he may be available to mediate.

Counsel for the United States has not received a response from Mr. Miner.  The United States is filing this Notice to apprise the Court of its efforts to comply with the Order.  It will continue to attempt to contact Mr. Miner to schedule the mediation and notify the Court as soon as a date is set, or until if and when the Court grants its Motion to Withdraw Case From Mediation (Dkt. No. 35).

Dated: October 11, 2011

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

s/ Sherra Wong
SHERRA WONG, NY Bar #4894895
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-1882
Fax: (202) 514-6770
E-mail: sherra.t.wong@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 11, 2011, the foregoing **Notice in Compliance With the Court's Order to File Notice of Mediation** was served on the following by U.S. mail and e-mail:

David Miner
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, FL 32701
Dave.Miner@FreedomSite.net

*Defendant, pro se*

s/ Sherra Wong
SHERRA WONG

*Attorney for the United States*