UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　Case No. 6:10-cv-1873-Orl-19DAB

DAVID LEE MINER, individually and
doing business as IRx Solutions and
Blue Ridge Group,

　　　　　Defendant.

## ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| MOTION: | UNITED STATES' UNAGREED MOTION TO WITHDRAW CASE FROM MEDIATION (Doc. No. 35) |
| FILED: | October 6, 2011 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. The requirement for mediation set forth in the Case Management and Scheduling Order (Doc. 33) is withdrawn.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __18__ day of October, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN ANTOON II
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party