IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID LEE MINER, individually<br>and d/b/a IRx Solutions<br>and Blue Ridge Group<br><br>        Defendant. | Civil No. 6:10-CV-1873-Or-19DAB |

**UNITED STATES' AGREED MOTION TO STAY PROCEEDINGS**

The United States respectfully moves the Court to stay all aspects of this civil case until the criminal case against the defendant, David Miner, is resolved at the trial level. The United States obtained Miner's agreement to this motion on December 15, 2011.

**Background**

In this civil case, the United States seeks – among other things – an injunction barring Miner from preparing federal tax returns for others and giving others advice regarding federal taxes. According to the complaint's allegations, Miner runs two types of promotions that involve making false statements to others regarding federal tax benefits and preparing documents that result in the understatement of others' federal tax liability.

On March 15, 2011, the Eastern District of Tennessee unsealed an indictment by a grand jury against Miner for conduct similar to that alleged in the United States' civil complaint.[*] (Dkt. No. 3, No. 3:11-cr-00025 (E.D. Tenn.).) A superseding indictment, filed on September 20,

---

[*] The indictment also contained charges for Miner's willful failure to file his personal income tax returns.

2011, made no changes to the charge in question. (Dkt. No. 30, No. 3:11-cr-00025 (E.D. Tenn.).) The trial for the criminal case is scheduled to begin on February 28, 2012.

## Discussion

"Federal courts have deferred civil proceedings pending the completion of parallel criminal prosecutions when the interests of justice seemed to require such action, sometimes at the request of the prosecution." *United States v. Kordel,* 397 U.S. 1, 12 n. 27 (1970). "The strongest case for deferring civil proceedings is where a party under indictment for a serious offense is required to defend a civil or administration action involving the same matter." *S.E.C. v. Dresser Industries,* 628 F.2d 1368, 1375-76 (D.D.C. 1980). Where the defendant requests a stay of the civil proceedings, courts in this circuit have generally looked for a showing of "special circumstances" warranting a stay, such as the implication of the defendant's Fifth Amendment rights. *S.E.C. v. Wright,* 261 Fed. Appx. 259, 263 (11th Cir. 2008); *Sunbelt Bus. Grp. v. Coker,* No. 3:09-cv-1229, 2011 U.S. Dist. LEXIS 49785, at *3-5 (M.D. Fla. April 19, 2011). "The court must make such determinations in the light of the particular circumstances of the case." *Dresser,* 628 F.2d at 1375.

In the instant case, it is the Government that has requested a stay of the civil proceedings. Because the civil and criminal cases involve allegations about the same subject matter – Miner's promotional and tax-preparation activities involving the administration of the internal revenue laws – a stay of the civil proceeding allows him to defend the criminal case without implicating his Fifth Amendment rights in the civil proceeding. In addition, following the criminal trial, the United States will be able to conduct its civil discovery and trial without the constraints imposed by the criminal matter.

**Conclusion**

For the foregoing reasons, the United States respectfully requests that this civil case be stayed until the outcome of the criminal case in the Eastern District of Tennessee is determined at the trial level.

Dated: December 20, 2011

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney

        s/ Sherra Wong
        SHERRA WONG, NY Bar #4894895
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 7238
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 616-1882
        Fax: (202) 514-6770
        E-mail: sherra.t.wong@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 20, 2011, the foregoing **United States' Agreed Motion to Stay Proceedings** was served on the following by U.S. mail and e-mail:

David Miner
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, FL 32701
Dave.Miner@FreedomSite.net

*Defendant, pro se*

                s/ Sherra Wong
                SHERRA WONG

                *Attorney for the United States*