IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 6:10-CV-1873-Or-19DAB |
| | ) | |
| DAVID LEE MINER, individually | ) | |
| and d/b/a IRx Solutions | ) | |
| and Blue Ridge Group | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' STATUS REPORT**

In compliance with the Court's Order staying the case on December 21, 2011, the United States hereby notifies the Court that the criminal trial against the defendant, David L. Miner, has been continued to July 17, 2012, and the deadline for reaching a plea agreement has been extended to July 10, 2012. (Dkt. No. 58, No. 3:11-cr-00025 (E.D. Tenn.).) The United States anticipates moving for the reopening of the civil case in this Court as soon as practicable after the resolution of the criminal case at the trial level.

Dated: March 30, 2012

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

s/ Sherra Wong
SHERRA WONG, NY #4894895
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-1882
Fax: (202) 514-6770
E-mail: sherra.t.wong@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 30, 2012, the foregoing **United States' Status Report** was served on the following by U.S. mail and e-mail:

David Miner
478 East Altamonte Drive
Suite 108-530
Altamonte Springs, FL 32701
Dave.Miner@FreedomSite.net

*Defendant, pro se*

s/ Sherra Wong
SHERRA WONG
*Attorney for the United States*