IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 6:10-cv-1873-JA-DAB |
| ) | |
| v. ) | |
| ) | |
| DAVID L. MINER, INDIVIDUALLY, ) | |
| and d/b/a IRx SOLUTIONS, ) | |
| and BLUE RIDGE GROUP, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE REGARDING DEFENDANT'S ADDRESS

The United States respectfully informs the Court that, to the best of its knowledge, *pro se* defendant David L. Miner currently receives mail at the following address: David L. Miner, #54438-018, Federal Prison Camp, P.O. Box 3949, Pensacola, FL 32516. (Ex. A, BOP record.) Counsel for the United States has forwarded copies of the documents filed since July 18, 2013 (Docs. 45-47) in this case to Miner at his Pensacola address by U.S. mail.

Date:  August 23, 2013

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

/s/ Sherra Wong
SHERRA WONG, #4894895
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C.  20044
202-616-1882 (v)
202-514-6770 (f)
Sherra.T.Wong@usdoj.gov

10417450.1

## CERTIFICATE OF SERVICE

      I certify that on August 23, 2013, I caused the foregoing **Notice Regarding Defendant's Address** to be served on David L. Miner by sending a copy in a sealed envelope, postage prepaid, in the U.S. mail and addressed to:

    David L. Miner, #54438-018
    FPC Pensacola
    Federal Prison Camp
    P.O. Box 3949
    Pensacola, FL 32516
    *Defendant, pro se*

                                    /s/ Sherra Wong
                                    SHERRA WONG
                                    *Attorney for the United States*

10417450.1